**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      JAMES E. HENRY                                    CASE NO. 12-51069 KMS

**AMENDED CERTIFICATE OF SERVICE**

I, Stephen E. Gardner, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and or via U.S. Mail, postage prepared, a true and correct copy of the above and forgoing Notice to the below parties:

Electronically mailed to:

carlfordbk@yahoo.com

mdg@jcbell.net

USTPRegion05.JA.ECF@usdoj.gov

Mailed via USPS to:

James E. Henry
813 N 5th Avenue
Laurel, MS 39440

Dated this the 6th day of March, 2014

/s/ Stephen E. Gardner
Stephen E. Gardner